UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY J. DAVIS, | ) |
| Plaintiff, | ) 5:21-cv-5054 |
| vs. | ) COMPLAINT |
| LIV HOSPITALITY, LLC and BLUE SKY GAMING, INC. d/b/a TIN LIZZIE GAMING RESORT, | ) |
| Defendants. | ) |

**COMES NOW** the Plaintiff, Kimberly J. Davis, by and through her attorney, Kimberly Pehrson, and hereby states and alleges as follows:

**PARTIES/JURISDICTION**

1. That Plaintiff Kimberly J. Davis ("Davis") is, and at all times relevant to this matter was, a resident of Naper, Nebraska.

2. That Defendant LIV Hospitality, LLC ("Defendant" or "LIV Hospitality") is, and at all times relevant to this matter was, a South Dakota limited liability company with its principal place of business in Rapid City, South Dakota.

3. That upon information and belief, Defendant LIV Hospitality, LLC operates or otherwise does business as Tin Lizzie Gaming Resort ("Tin Lizzie").

4. That upon information and belief, Defendant Blue Sky Gaming, Inc. is a South Dakota corporation with its principal place of business in Rapid City, South Dakota and does business as Tin Lizzie Gaming Resort is a d/b/a of Blue Sky Gaming, Inc.

1

5. That because there is diversity of residence and citizenship between Plaintiff and Defendants, and because the amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00, this Court has jurisdiction pursuant to 28 U.S.C. 1332.

## GENERAL ALLEGATIONS

6. That on February 14, 2020, Davis and her husband were in Deadwood, South Dakota celebrating their wedding anniversary.

7. That Davis had dinner at the Tin Lizzie Gaming Resort and walked outside at approximately 7:30 p.m.

8. That, as Davis was walking on the sidewalk outside of the Tin Lizzie Gaming Resort, she slipped on ice and fell to the ground.

9. That the sidewalk area where Davis fell is under the control of Defendants Liv Hospitality, LLC and/or Blue Sky Gaming, Inc.

10. That the area where Davis fell is generally where the sidewalk and an entry driveway for the parking lot to Tin Lizzie meet.

11. That the area where Davis fell was next to a wrought iron fence and where snow had been shoveled and pushed up against the fence.

12. That the temperature during the day of February 14, 2020, reached above freezing, resulting in snow which had been piled against the fence next to the sidewalk melting and running onto the sidewalk.

13. That as evening occurred, the temperature outside dropped and snow which had melted and ran onto the sidewalk had frozen.

14. That the snow piled against the fence adjacent to the sidewalk created an unnatural accumulation of snow which melted and formed ice, causing the unnatural and dangerous icy condition.

15. That when Davis fell to the ground, she suffered a broken left ankle, among other injuries.

## COUNT 1 - NEGLIGENCE

16. Davis realleges and incorporates by reference hereto Paragraphs 1 through 15 as though they were fully set forth herein.

17. That Defendants had a duty to maintain the sidewalk in a reasonably safe condition.

18. That Defendants had a duty to clear snow and ice from the sidewalk.

19. That Defendants had a duty to prevent the sidewalk from becoming slippery and dangerous to travel.

20. That Defendants breached the aforementioned duties.

21. That as a proximate and legal result of Defendants' breach of the aforementioned duties, Davis sustained injury; experienced pain and suffering, and will experience pain and suffering in the future; sustained a loss of enjoyment of life; incurred expenses for medical care, and will incur further like expenses in the future; sustained a loss of earnings, and will incur a further loss of earning capacity; and suffered permanent injury and disability.

WHEREFORE, Davis respectfully requests that this Court enter a judgment against Defendants Liv Hospitality, LLC and Blue Sky Gaming, Inc. d/b/a Tin Lizzie Gaming Resort, jointly and severally, granting the following relief:

(a) General and special damages to be proven at trial;

(b)     Any and all costs and disbursements incurred in this action, including attorneys fees;

(c)     Pre and post-judgment interest; and

(d)     For such other and further relief as the Court may deem equitable and just under the circumstances.

Dated this 30th day of August, 2021.

                                                **THOMAS BRAUN BERNARD & BURKE, LLP**

                                         By:  /s/ Kimberly Pehrson                  .
                                               Kimberly Pehrson
                                               4200 Beach Drive – Suite 1
                                               Rapid City, SD 57702
                                               Tel:  605.348.7516
                                               Fax: 605.348.5852
                                               E-mail: kpehrson@tb3law.com

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES**

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Davis, Kimberly J.

**(b)** County of Residence of First Listed Plaintiff: **Boyd County, NE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas Braun Bernard & Burke, LLP, 4200 Beach Drive, Suite 1, Rapid City, SD 57702; 605.348.7516; Kimberly Pehrson

## DEFENDANTS
Liv Hospitality, LLC and Blue Sky Gaming, Inc. d/b/a Tin Lizzie Gaming Resort

County of Residence of First Listed Defendant: **Pennington County, SD**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Personal Injury, fall on premises owned and operated by Defendants.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 8-30-2021
SIGNATURE OF ATTORNEY OF RECORD: *Kimberly Pehrson*

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____